# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

129958

LOUIS GHAFFARI,
          Plaintiff-Appellant,

v

TURNER CONSTRUCTION COMPANY,
          Defendant, Cross-Plaintiff,
          Third-Party Plaintiff-Appellee,
and

HOYT, BRUM & LINK, and GUIDELINE
MECHANICAL, INC.,
          Defendants, Cross-Defendants-
          Appellees,
and

R.W. MEAD & SONS, INC., and CONTI
ELECTRIC, INC.,
          Third-Party Defendants,
and

ACOUSTICAL CEILING & PARTITION
COMPANY,
          Defendant,
and

THE EDISON INSTITUTE, a/k/a HENRY FORD
MUSEUM & GREENFIELD VILLAGE,
          Defendant, Third-Party Plaintiff.
_____/

SC: 129958
COA: 240025
Wayne CC: 00-007319-NO

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

p0419

Clerk